1   Teresa S. Renaker – CA State Bar No. 187800
    Vincent Cheng – CA State Bar No. 230827
2   LEWIS, FEINBERG, RENAKER & JACKSON, P.C.
    1330 Broadway, Suite 1800
3   Oakland, CA  94612
    Telephone: (510) 839-6824
4   Facsimile: (510) 839-7839
    Email: trenaker@lewisfeinberg.com
5   Email: vcheng@lewisfeinberg.com

6   Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12   CHARLES CLOVER,                        )
                                            )   Case No. C06-02843-JSW
13                    Plaintiff,            )
                                            )   **STIPULATION AND [PROPOSED]**
14         vs.                              )   **ORDER EXTENDING DEADLINES**
                                            )   **STATED IN ORDER SETTING**
15   C-CHANGE LONG TERM DISABILITY          )   **INITIAL CASE MANAGEMENT**
     PLAN,                                  )   **CONFERENCE AND ADR DEADLINES**
16                                          )
                      Defendant.            )
17                                          )

18

19         WHEREAS Defendant C-Change Long-Term Disability Plan did not formally retain

20   counsel to represent it in defense of the above-captioned lawsuit until August 25, 2006.

21         WHEREAS Defendant answered the Complaint on August 25, 2006.

22         WHEREAS the parties, through their respective counsel, are currently scheduling a

23   telephone conference required by Federal Rule of Civil Procedure 26(f).

24         WHEREAS, the parties have not requested any prior extensions relating to case deadlines

25   in this action.

26         NOW, THEREFORE,

27         IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Charles Clover

28
    STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES STATED IN ORDER SETTING
    INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
    [CASE NO. C06-02843-JSW]

1   and Defendant, through their respective attorneys of record, that the deadlines stated in the

2   Court's Order Setting Initial Case Management Conference and ADR Deadlines be extended by

3   4 weeks, as follows:

4       1.      Last day to meet and confer regarding
                initial disclosures, early settlement,
5               ADR process selection, and discovery plan:          September 15, 2006
6                                                                    [previously scheduled for
                                                                     August 18, 2006]

7       2.      Last day to file ADR Certification signed by
8               Parties and Counsel:                                September 15, 2006
9                                                                    [previously scheduled for
                                                                     August 18, 2006]

10      3.      Last day to file either Stipulation to ADR
11              Process or Notice of Need for ADR
                Phone Conference:                                   September 15, 2006
12                                                                   [previously scheduled for
                                                                     August 16, 2006]
13

14      4.      Last day to complete initial disclosures or state
                objection in Rule 26(f) Report, file Case
15              Management Statement, and file Rule 26(f)
                Report:                                             September 29, 2006
16                                                                   [previously scheduled for
                                                                     September 1, 2006]
17

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28
STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES STATED IN ORDER SETTING
INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
[CASE NO. C06-02843-JSW]                                                          Page 2

1    5.    Initial Case Management Conference        October 27
                                                     ~~October 6,~~ 2006 at 1:30 p.m.
2                                                    [previously scheduled for
                                                     September 8, 2006]

3

4

     Dated: August 30, 2006                LEWIS, FEINBERG, RENAKER &
5                                           JACKSON, P.C.

6                                  By:    /s/ Teresa S. Renaker
                                          Teresa S. Renaker
7                                         Vincent Cheng
                                          Attorneys for Plaintiff
8

9

10   Dated: August 30, 2006                MCCORMICK, BARSTOW, SHEPPARD,
                                            WAYTE & CARRUTH LLP
11
                                   By:    /s/ Jay A. Christofferson
12                                        Jay A. Christofferson
                                          Attorneys for Defendants
13

14       I hereby attest that I have on file all holograph signatures for any signatures indicated by a

15   "conformed" signature (/S/) within this efiled document.

16   Dated: August 30, 2006                  /s/ Teresa S. Renaker
                                             Teresa S. Renaker
17

18

19

20   IT IS SO ORDERED.

21

22   Dated: __August 31, 2006__
                                          Honorable Jeffrey S. White
23                                        UNITED STATES DISTRICT JUDGE

24

25

26

27

28
     STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES STATED IN ORDER SETTING
     INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
     [CASE NO. C06-02843-JSW]                                                    Page 3