IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CLOVER,<br><br>    Plaintiff,<br><br>v.<br><br>C-CHANGE LONG TERM DISABILITY PLAN,<br><br>    Defendant.<br>_____ / | No. C 06-02843 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

    This matter is set for a hearing on January 5, 2007 at 9:00 a.m. on Plaintiff's motion for summary adjudication as to standard of review.

    Defendant's opposition brief to the motion shall be filed by no later than December 1, 2006 and a reply brief, if any, shall be filed by no later than December 15, 2006.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.  If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated:  November 7, 2006
                                                          /s/
                                                          JEFFREY S. WHITE
                                                          UNITED STATES DISTRICT JUDGE
                                                          by Honorable Phyllis J. Hamilton