**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES CLOVER,

    Plaintiff,

  v.

C-CHANGE LONG TERM DISABILITY PLAN,

    Defendant.
_____/

No. C 06-02843 JSW

**ORDER VACATING HEARING DATE**

Plaintiff's motion for summary judgment as to standard of review is currently set for hearing on Friday, January 5, 2007 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for January 5, 2007 is VACATED.

**IT IS SO ORDERED.**

Dated: January 3, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE