**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES CLOVER,

    Plaintiff,

v.

C-CHANGE LONG TERM DISABILITY PLAN,

    Defendant.

_____/

No. C 06-02843 JSW

**ORDER REQUIRING JOINT STATUS REPORT RE SETTLEMENT**

The Court has received the Certification of ADR Session, which indicates that this matter settled at mediation. The Court HEREBY ORDERS the parties to submit a joint status report regarding the status of the settlement process and when they expect this matter to be dismissed.

**IT IS SO ORDERED.**

Dated: February 21, 2007

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE