Teresa S. Renaker – CA State Bar No. 187800
Vincent Cheng – CA State Bar No. 230827
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: trenaker@lewisfeinberg.com
Email: vcheng@lewisfeinberg.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CHARLES CLOVER,

    Plaintiff,

vs.

C-CHANGE LONG TERM DISABILITY PLAN,

    Defendant.

Case No. C06-02843-JSW

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

//
//
//
//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
[CASE NO. C06-02843-JSW]                                                                                         Page 1

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff CHARLES CLOVER and Defendant C-CHANGE LONG TERM DISABILITY PLAN, by and through their respective attorneys of record, hereby stipulate that this matter be dismissed with prejudice, with each party to bear its own costs of suit and attorneys' fees.

Dated: 02/26/07

Respectfully submitted,

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.

By: _____
Teresa S. Renaker
Vincent Cheng
Attorneys for Plaintiff

Dated: 2/26/07

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH, LLP

By: _____
Jay A. Christoffersen
Attorneys for Defendant

IT IS SO ORDERED.

Dated: February 27, 2007

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
[CASE NO. C06-02843-JSW]